## FINANCIAL STATEMENT

### NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1,000 | 00 | Notes payable to banks—secured | 0 | 00 | |
| U.S. Government securities--add schedule | 0 | 00 | Notes payable to banks—unsecured | 0 | 00 | |
| Listed securities—add schedule | 204 | 00 | Notes payable to relatives | 0 | 00 | |
| Unlisted securities--add schedule | 219,660 | 00 | Notes payable to others | 0 | 00 | |
| Accounts and notes receivable: | 0 | 00 | Accounts and bills due | 0 | 00 | |
| Due from relatives and friends | 0 | 00 | Unpaid income tax | 0 | 00 | |
| Due from others | 0 | 00 | Other unpaid tax and interest | 0 | 00 | |
| Doubtful | 0 | 00 | Real estate mortgages payable—add schedule | 156000 | .00 | |
| Real estate owned--add schedule | 498,000 | 00 | Chattel mortgages and other liens payable | 0 | 00 | |
| Real estate mortgages receivable | 0 | 00 | Other debts--itemize: | | | |
| Autos and other personal property | 60,000 | 00 | Credit Card Debts | | | |
| Cash value—Life insurance | 0 | 00 | Barnett Visa | 3039 | 00 | |
| Other assets—itemize: | | | MBNA | 3372 | 00 | |
| Merrill Lynch IRA | 19,311 | 70 | Barnet Bk. Credit Line | 8888 | 00 | |
| Aetna Deferred Compensation | 104,382 | 48 | | | | |
| | | | Total liabilities | 171293 | .02 | |
| | | | Net Worth | 231265 | .48 | |
| Total Assets | 902,558 | 48 | Total liabilities and net worth | 902558 | .48 | |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | 0 | 00 | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | 0 | 00 | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | 0 | 00 | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | 0 | 00 | | | | |
| Other special debt | 0 | 00 | | | | |

Digitized by Google

# FINANCIAL DISCLOSURE REPORT

AO-10
Rev. 1/93

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, 26101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BUCKLEW, SUSAN C. | United States District Court | Oct. 31, 1993 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Nominee: United States District Court, Middle District of Florida | X Nomination, Date 10/29/93 <br> X Initial ___ Annual ___ Final | Jan. 1, 1992 - Oct. 31, 1993 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| 801 E. Twiggs, Rm. 334 <br> Tampa, Florida 33602 | Reviewing Officer Signature _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director - Stockholder | Cawthon Oil Company |
| Board Member | Stetson College of Law Board of Overseers |
| Trustee | Trust for the benefit of Sylvia Cawthon |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| State of Florida Retirement | |
| Aetna Deferred Compensation: State of Florida | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE <br> (Honoraria only) | SOURCE AND TYPE | GROSS INCOME <br> (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| Rental Income | 2623 Parkview, Tampa, Florida 33629 | $ 12,000 per yr |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Susan C. Bucklew | Date of Report<br>10/31/93 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| NCNB National Bank | Mortgage - Rental Property | L |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>SUSAN C. BUCKLEW | Date of Report<br>Oct. 31, 1993 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>Int.) | (1)<br>Value2<br>Code2<br>(J-P) | (2)<br>Value<br>Method3<br>Code3<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value2<br>Code2<br>(J-P) | (4)<br>Gain1<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(If private<br>transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | EXEMPT | | | EXEMPT | |
| 1 Rental Property<br>2623 Parkview, Tampa, FL | D | Rent | M | Q | | | | | |
| 2 Cawthon Oil Co.<br>Stock-Family Owned Corp. | A | Div. | M | U | | | | | |
| 3 Aetna Deferred Compensation Plan, State of Fla. | D | Div &<br>Int. | M | T | | | | | |
| 4 Merrill Lynch IRA<br>Act # 764 92851 | A | Div &<br>Int | K | T | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| (See Col. B1 & D4) | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| (See Col. C1 & D3) | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| (See Col. C2) | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>SUSAN C. BUCKLEW | Date of Report<br>Oct.31, 1993 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

Rental Property - 2623 Parkview - Appraisal dated 7/24/92

Cawthon Oil Co. - The value of the stock was that listed for estate tax purposes

at my father's death - 1991.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature  Susan C. Bucklew                    Date  10/31/93

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google